<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2466**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN ERIC HUGHES,

Claimant - Appellant,

and

PARCEL A-4 OF PALMER SPRINGS DISTRICT, MECKLENBURG COUNTY, VIRGINIA, CONTAINING 3.5 ACRES, MORE OR LESS, TITLED TO JOHN ERIC HUGHES, ALSO INCLUDING THE LIFE ESTATE OF MARY ELIZABETH C. HUGHES, All right, title and interest in the real property, including all structures and improvements thereon, designated as; $1,600 IN U. S. CURRENCY,

Defendants,

ARETHA HUGHES; MARY ELIZABETH C. HUGHES,

Claimants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-00-107-3)

———————

Submitted:  April 20, 2001                Decided:  May 25, 2001

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Eric Hughes, Appellant Pro Se.  Gurney Wingate Grant, II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Eric Hughes appeals the district court's order granting summary judgment to the Government in its forfeiture action.  We have reviewed the record and the district court's order and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Hughes, No. CA-00-107-3 (E.D. Va. Oct. 23, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED